**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HOLLI LUNDAHL,

Plaintiff,

v.

Case No.: 3:26-cv-2649-WWB-PDB

DANE EAGLE and MEREDITH IVEY,

Defendants.
_______________________________/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. It is **ORDERED** that this case is transferred to United States District Judge Marcia Morales Howard, pursuant to Local Rule 1.07(a), Middle District of Florida, and with her consent, to be considered with related cases.

**DONE AND ORDERED** in Jacksonville, Florida on October 6, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party