**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HOLLI LUNDAHL,

Plaintiff,

v. Case No. 3:26-cv-2415-MMH-PDB

J. ALEX KELLY in his official capacity as Secretary for the Florida Department of Commerce, et al.,

Defendants.

---

HOLLI LUNDAHL,

Plaintiff,

v. Case No. 3:26-cv-2649-MMH-PDB

DANE EAGLE, et al.,

Defendants.

---

# ORDER

**THIS CAUSE** is before the Court sua sponte. On September 14, 2026, Plaintiff Holli Lundahl, proceeding pro se, initiated a civil action against Defendants Dane Eagle and Meredith Ivey. See Lundahl, Case No. 3:26-cv-2415-MMH-PDB, ECF Doc. 1 (M.D. Fla. filed Sept. 14, 2026) (First Action). On October 1, 2026, Plaintiff, again proceeding pro se, initiated a second action by

filing what appears to be the identical complaint against the same two Defendants. See Lundahl, Case No. 3:26-cv-2649-MMH-PDB, ECF Doc. 1 (M.D. Fla. filed Oct. 1, 2026) (Second Action). Under the authority of Rule 1.07 of the Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), the Court transferred the second case so that both actions are now pending before the undersigned and the same Magistrate Judge.

On October 20, 2026, the Magistrate Judge entered an Order in the Second Action directing Plaintiff to show cause why the Second Action should not be consolidated with the First Action. See Order (Second Action, Doc. 5). Plaintiff filed a response to the Order on November 6, 2026. See Response to Court's Order to Show Cause Why This Case Should Not Be Consolidated (Doc. 7; Response). In her Response, Plaintiff states that she "has no objection to this case being consolidated with the original case . . . ." See Response at 2. Indeed, it appears Plaintiff did not intend to file the duplicative Second Action. See id. at 2.[1] Accordingly, and upon review of the record in both cases, the Court finds that consolidation of the First and Second Action is appropriate. See Fed. R. Civ. P. 42(a). The First Action will be the lead case, and the Court

[1] Notably, Plaintiff did not pay the filing fee or seek leave to proceed in forma pauperis in the Second Action.

will direct the Clerk of Court to close the Second Action.[2] All future filings shall be filed only in the lead case, Case No. 3:26-cv-2415, using the case number and caption for the lead case.

As set forth above, it is unclear whether Plaintiff intended to assert any distinct claims in the Second Action. Nevertheless, in an abundance of caution, the Court will provide Plaintiff with the opportunity to file a consolidated complaint in the lead case if she so chooses.[3] Plaintiff is advised that a consolidated complaint is necessary only if she intends to pursue additional claims or different defendants from those set forth in the Amended Complaint (Doc. 5) filed in the First Action on October 14, 2026.

Accordingly, it is

**ORDERED:**

1. The Clerk of Court is **DIRECTED** to consolidate Case No. 3:26-cv-2649 with the lead case, Case No. 3:26-cv-2415-MMH-PDB.

---

[2] The Court notes that Plaintiff's Motion for Leave to File Documents Electronically (Doc. 6) is currently pending in the Second Action. As such, the Court will direct the Clerk to file this pending motion in the First Action.

[3] Although the two cases were entirely duplicative when initiated, the Court notes that Plaintiff has since filed an Amended Complaint (Doc. 5) in the First Action. In the Amended Complaint, Plaintiff names J. Alex Kelly, in his official capacity as Secretary for the Florida Department of Commerce, and Dane Eagle, in his personal capacity "as former Secretary of the Department of Economic Opportunity now known as the Department of Commerce," as Defendants. See Amended Complaint at 1. Thus, at present, Kelly is a named Defendant in the First Action but not the Second, and Ivey is a named Defendant in the Second Action but not the First. Eagle is a named Defendant in both cases.

2. The Clerk of the Court is further **DIRECTED** to file Plaintiff's Motion for Leave to File Documents Electronically, (Case No. 3:26-cv-2649, Doc. 6) as a pending motion in the lead case. The Clerk is then **directed** to close the file in Case No. 3:26-cv-2649.

3. Plaintiff is **DIRECTED** to use Case No. 3:26-cv-2415-MMH-PDB on all future filings which shall be made only in the lead case, Case No. 3:26-cv-2415-MMH-PDB.

4. If she so chooses, on or before **December 4, 2026,** Plaintiff may file a consolidated complaint in the lead case. Otherwise, Plaintiff's consolidated case will proceed solely on the claims set forth in the Amended Complaint (Doc. 5) filed on October 14, 2026, in Case No. 3:26-cv-2415.

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of November, 2026.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

lc11
Copies to:

<u>Pro</u> <u>Se</u> Party
Counsel of Record